IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

                                               CASE #  13-40698-7

LEIGHTY, JOHN WAYNE

          Debtor.

**TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS**

        COMES NOW the Trustee, Darcy D. Williamson, and hereby enters the estate's Objection to Exemptions filed by the debtor.  In support of her Objection, the Trustee alleges and states as follows:

        1.  The debtor exempted an Acorn IRA, Fidelity rollover IRA and a Keogh retirement program per K.S.A. § 60-2308 and § 74-4923. The Trustee has not received any documentation related to the IRAs and the Keogh retirement program and cannot discern if they are properly exempt. The Trustee requests copies of the two IRAs and the Keogh retirement program and transaction histories for each account.

        2. The debtor exempted a 2004 Ford F-150 and a 2002 Honda Odyssey per K.S.A. § 60-2304(c). Per the statute, the debtor is only allowed to exempt one means of conveyance regularly used for the transportation of the person. Per the testimony at his 341 hearing, debtor stated he drives the 2002 Honda Odyssey and his non-filing spouse drives the 2004 Ford F-150. The Trustee objects to the exemption of the 2004 Ford F-150.

        WHEREFORE, the Trustee prays the Court for an Order sustaining this Objection and for all other further and proper relief.

                                        s/ Darcy D. Williamson
                                        DARCY D. WILLIAMSON, Trustee
                                        Attorney # 11337
                                        510 SW 10th Avenue
                                        Topeka  KS  66612
                                        (785) 233-9908
                                        trustee@ddwlaw.kscoxmail.com

**CERTIFICATE OF SERVICE**

       The undersigned does hereby certify that a true and correct copy of the foregoing **TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTION** was filed electronically on September 10, 2013, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

       LEIGHTY, JOHN WAYNE, 26550 WAVERLY RD, PAOLA, KS 66071

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Attorney # 11337
510 SW 10th Avenue
Topeka KS 66612
(785) 233-9908
trustee@ddwlaw.kscoxmail.com